NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BASF CORPORATION,**
*Appellant*

**v.**

**JOHNSON MATTHEY INC.,**
*Appellee*

_____

2018-1908, 2018-1911

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,744, 95/001,745, 95/001,894.

_____

**JUDGMENT**

_____

BARRY J. HERMAN, Womble Bond Dickinson (US) LLP, Baltimore, MD, argued for appellant. Also represented by PRESTON HAMILTON HEARD, Atlanta, GA; ANA FRIEDMAN, Winston-Salem, NC.

DOUGLAS E. MCCANN, Fish & Richardson, PC, Wilmington, DE, argued for appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 5, 2019          /s/ Peter R. Marksteiner
Date                   Peter R. Marksteiner
                       Clerk of Court